

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2015

No. 04-15-00048-CV

Buddy **CASTEEL** and Jaret Brandon Casteel,
Appellants

v.

Amelia **STAYTON**,
Appellee

From the County Court, Real County, Texas
Trial Court No. 2014-0138-CC
Garry A. Merritt, Judge Presiding

## O R D E R

On February 15, 2015, the trial court granted, on its own motion, a new trial in the above styled and numbered cause. For this reason, it is ORDERED appellant, within fifteen days from the date of this order, withdraw the appeal or show cause in writing why this appeal should not be dismissed on this Court's own motion. TEX. R. APP. P. 42.3. All appellate deadlines are suspended until this time.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.



_____
Keith E. Hottle
Clerk of Court